UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LA VELL HARRIS,<br><br>    Plaintiff,<br><br>    vs.<br><br>CLEARLAKE POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No.: 12-cv-0864-YGR<br><br>**ORDER REGARDING REFERENCE TO MAGISTRATE JUDGE WESTMORE FOR SETTLEMENT CONFERENCE** |

As stated in Dkt. No. 22 and pursuant to Local Rule 72-1, this matter has been referred to Magistrate Judge Kandis A. Westmore to conduct a mandatory settlement conference. The Court hereby **ORDERS** that the settlement conference occur no later than September 4, 2012.

The parties will be advised of the date, time and place of appearance by notice from Judge Westmore. Should the case settle, the parties are ordered to file a Notice of Settlement within two (2) business days so that the Court may vacate any pending dates.

**IT IS SO ORDERED.**

Dated: July 12, 2012

                                         **YVONNE GONZALEZ ROGERS**
                                         **UNITED STATES DISTRICT COURT JUDGE**

cc: MagRef Email;  Magistrate Judge Westmore