UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES LA VELL HARRIS,**<br><br>　　Plaintiff,<br><br>vs.<br><br>**CITY OF CLEARLAKE, et al.,**<br><br>　　Defendants. | Case No.: C-4:12-0864 YGR (KAW)<br><br>**ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY** |

　　On November 6, 2012, Defendants filed a letter requesting that Clearlake Police Chief Craig Clausen be allowed to appear by telephone at the January 16, 2013 settlement conference. The letter explains that the Clearlake Police Department is understaffed, and requiring Chief Clausen's personal attendance would cause extraordinary hardship to the City.

　　Good cause appearing, and given that Joan Philipe, the City Manager, will be present at the settlement conference, the request is granted. Chief Clausen must be available to be reached by telephone during the settlement conference.

　　**IT IS SO ORDERED.**

DATE: November 9, 2012

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**KANDIS A. WESTMORE**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**