# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES LA VELL HARRIS,** <br><br> Plaintiff, <br><br> vs. <br><br> **CITY OF CLEARLAKE, et al.,** <br><br> Defendants. | Case No.: C-4:12-0864 YGR (KAW) <br><br> **ORDER GRANTING MOTION TO CONTINUE SETTLEMENT CONFERENCE** |

On January 15, 2013, Defendants filed a request to continue the settlement conference set for January 16, 2013, on the grounds that their attorney, Ann Asiano, is unavailable due to her family member's memorial service being scheduled on the same day. Good cause appearing, the request is granted. The settlement conference is continued to January 24, 2013 at 11:00 a.m.

Plaintiff may appear by telephone during the January 24 settlement conference.

**IT IS SO ORDERED.**

DATE: January 15, 2013

_____
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**