United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JAMES LA VELL HARRIS,** | Case No.: C-4:12-0864 YGR (KAW) |
| Plaintiff, | **ORDER GRANTING SECOND MOTION TO CONTINUE SETTLEMENT CONFERENCE** |
| vs. | |
| **CITY OF CLEARLAKE, et al.,** | |
| Defendants. | |

On January 15, 2013, Defendants filed a second request to continue the upcoming settlement conference, on the grounds that their attorney, Ann Asiano, is unavailable due to previous travel arrangements. Good cause appearing, the request is granted. The settlement conference is continued to January 29, 2013 at 11:00 a.m.

Plaintiff may appear by telephone during the January 29 settlement conference.

**IT IS SO ORDERED.**

DATE: January 16, 2013

_____
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**