UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES LA VELL HARRIS,**<br><br>    **Plaintiff,**<br><br>    **vs.**<br><br>**CITY OF CLEARLAKE, et al.,**<br><br>    **Defendants.** | **Case No.: C-4:12-0864 YGR (KAW)**<br><br>**ORDER** |

On January 15 and 16, 2013, the Court issued orders stating that Plaintiff could appear by telephone during the upcoming settlement conference. On January 16, 2013, the Court received Plaintiff's motion to appear by telephone at the settlement conference (which was filed on January 14, but not docketed until January 16) and Defendants' opposition to the motion. Because the Court has already ordered that Plaintiff may appear by telephone, the motion is moot.

**IT IS SO ORDERED.**

**DATE: January 16, 2013**

_____

**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**