Smiley James Harris
P.O. Box 552
Clearlake Park, California Republic, USA
Zip Code Exempt (Domestic Mail Manual §601)
Tele: (707) 994-1393
IN PRO PER, SUI JURIS

FILED

FEB 4 - 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES LA VELL HARRIS,

    Plaintiff,

vs.

CLEARLAKE POLICE DEPARTMENT; CRAIG CLAUSEN, TIM CELLI, TIM HOBBS and DOES 1 thru XX, and B. MIDDLETON, sued officially and individually.

    Defendants

Case No. #CV12-0864 YGR

PLAINTIFF'S VOLUNTARY DISMISSAL OF ACTION

IT IS SO ORDERED
2/8/2013
Judge Yvonne Gonzalez Rogers

Plaintiff, James La Vell Harris, proceeding in this matter in pro per, forma pauperis submits this voluntary dismissal of this action with prejudice.

Respectfully submitted,

DATED: February 1, 2013

Smiley J. Harris, A.R.