# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES LA VELL HARRIS,**<br>    Plaintiff,<br>vs.<br>**CITY OF CLEARLAKE, ET AL.,**<br>    Defendants**.** | CASE NO. 12-cv-00864-YGR<br><br>**ORDER DIRECTING PLAINTIFF TO FILE NEW CASE**<br><br>Re: Dkt. Nos. 60 and 61 |

The Court has reviewed plaintiffs' motion to enforce settlement agreement, impose sanctions, and award attorney's fees. (Dkt. No. 60.) Upon further review, the Court realizes that this is a breach of contract case and there is no provision in the settlement agreement which provides for this Court to retain jurisdiction. Plaintiff must file a new action to enforce the contract.

This Terminated Dkt. Nos. 60 and 61.

**IT IS SO ORDERED.**

Dated: March 16, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**